# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:06-cv-15417-JGK
#### Internal Use Only

| | |
|---|---|
| CMP Consulting Services, Inc. v. LG Philips LCD Co., Ltd. et al | Date Filed: 12/22/2006 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 06/05/2007 |
| Related Cases: 1:06-cv-14335-JGK | Jury Demand: Plaintiff |
|                 1:07-cv-00653-JGK | Nature of Suit: 410 Anti-Trust |
| Cause: 15:15 Antitrust Litigation | Jurisdiction: Federal Question |

**Plaintiff**

**CMP Consulting Services, Inc.**
*on behalf of itself and all others similarly situated*

represented by **Richard Jo Kilsheimer**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
New York, NY 10022
212-687-1980
Fax: 212-687-7714
Email: rkilsheimer@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Co., Ltd.**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**Samsung Electronics Co. Ltd.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

represented by **Albert J. Boro, Jr.**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1436
Fax: (415) 983-1200
*ATTORNEY TO BE NOTICED*

**Defendant**

**Toshiba Corporation**

**Defendant**

Toshiba Matsushita Display Technology Co., Ltd.

**Defendant**

Toshiba America, Inc.

**Defendant**

Toshiba America Information Systems, Inc.

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

Nec Corporation

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

NEC Electronics America, Inc.

**Defendant**

Au Optronics

**Defendant**

International Display Technology Co., Ltd.

**Defendant**

International Display Technology USA Inc.

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics Corporation

**Defendant**

Chi Mei Optoelectronics USA, Inc.

**Defendant**

LG.Philips LCD America, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2006 | 1 | COMPLAINT against Toshiba Matsushita Display Technology Co., Ltd., |

| | | |
|---|---|---|
| | | Toshiba America, Inc., Toshiba America Information Systems, Inc., Sanyo Epson Imaging Devices Corporation, Nec Corporation, NEC LCD Technologies, Ltd., NEC Electronics America, Inc., Au Optronics, International Display Technology Co., Ltd., International Display Technology USA Inc., AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., LG Philips LCD Co., Ltd., LG Philips LCD America, Inc., Samsung Electronics Co. Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation. (Filing Fee $ 350.00, Receipt Number 601004)Document filed by CMP Consulting Services, Inc..(dle, ) Additional attachment(s) added on 1/4/2007 (jeh, ). (Entered: 12/29/2006) |
| 12/22/2006 | | SUMMONS ISSUED as to Toshiba Matsushita Display Technology Co., Ltd., Toshiba America, Inc., Toshiba America Information Systems, Inc., Sanyo Epson Imaging Devices Corporation, Nec Corporation, NEC LCD Technologies, Ltd., NEC Electronics America, Inc., Au Optronics, International Display Technology Co., Ltd., International Display Technology USA Inc., AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., LG Philips LCD Co., Ltd., LG Philips LCD America, Inc., Samsung Electronics Co. Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation. (dle, ) (Entered: 12/29/2006) |
| 12/22/2006 | | CASE REFERRED TO Judge John G. Koeltl as possibly related to 1:06-cv-14335. (dle, ) (Entered: 12/29/2006) |
| 12/22/2006 | | Case Designated ECF. (dle, ) (Entered: 12/29/2006) |
| 12/22/2006 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by CMP Consulting Services, Inc..(dle, ) Additional attachment(s) added on 1/11/2007 (rag, ). (Entered: 12/29/2006) |
| 12/22/2006 | 3 | NOTICE of Related Case: 06cv15417 is related to 06cv14335 currently before the Honorable JOhn G. Koeltl. Document filed by CMP Consulting Services, Inc.. (dle, ) Additional attachment(s) added on 1/11/2007 (rag, ). (Entered: 12/29/2006) |
| 01/04/2007 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Richard Jo Kilsheimer for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 3 Notice (Other), 2 Rule 7.1 Corporate Disclosure Statement to: case_openings@nysd.uscourts.gov. (jeh, ) (Entered: 01/04/2007) |
| 01/08/2007 | | CASE ACCEPTED AS RELATED TO 06cv14335. Notice of Assignment to follow. (kco, ) (Entered: 01/10/2007) |
| 01/08/2007 | 4 | NOTICE OF CASE ASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (kco, ) (Entered: 01/10/2007) |
| 01/08/2007 | | Magistrate Judge Theodore H. Katz is so designated. (kco, ) (Entered: 01/10/2007) |
| 01/08/2007 | | Mailed notice to the attorney(s) of record of case assignment. (kco, ) (Entered: 01/10/2007) |
| 01/22/2007 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying LG.Philips LCD Co., Ltd. as Corporate Parent. Document filed by LG.Philips LCD |

| | | |
|---|---|---|
| | | America, Inc..(Boccuzzi, Carmine) (Entered: 01/22/2007) |
| 01/23/2007 | 6 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying CMO Japan Co., Ltd.; Chi Mei Optoelectronics Corporation as Corporate Parent. Document filed by Chi Mei Optoelectronics USA, Inc..(Khoo, Caren) (Entered: 01/23/2007) |
| 01/23/2007 | 7 | AFFIDAVIT OF SERVICE of Corporate Disclosure Statement served on CMP Consulting Services, Inc.; LG Philips America, Inc.; Toshiba America, Inc.; Toshiba America Information Services, Inc.; Sharp Electronics Corporation; NEC Electronics America, Inc. on January 23, 2007. Service was made by MAIL. Document filed by Chi Mei Optoelectronics USA, Inc.. (Khoo, Caren) (Entered: 01/23/2007) |
| 01/23/2007 | 8 | STIPULATION AND ORDER FOR EXTENSION OF TIME: The deadline for stipulation Defendants to respond to the Complaint shall be extended until the earlies of the following dates; (1) forty-five days after the filing of a Consolidated Amended Complaint in the direct purchaser LCD Cases; or 92) forty-five days after the plaintiff provides written notice that it does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in this case. (Signed by Judge John G. Koeltl on 1/23/2007) (jmi) (Entered: 01/24/2007) |
| 01/24/2007 | 9 | MOTION for Albert J. Boro, Jr. to Appear Pro Hac Vice. Document filed by Sharp Electronics Corporation.(jco) (Entered: 01/25/2007) |
| 01/29/2007 | | CASHIERS OFFICE REMARK on 9 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 01/24/2007, Receipt Number 603271. (jd) (Entered: 01/29/2007) |
| 01/29/2007 | 10 | STIPULATION FOR AN EXTENSION OF TIME; the deadline for AUO America to respond to the complaint shall be extended until the earlier of the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the direct purchase LCD cases; or (2) forty-five days after the plaintiff provides written notice to AUO America that is does not intend to file a consolidated amended complaint, provided that such notice may be given only after the initial case management conference in this case..... (Signed by Judge John G. Koeltl on 1/29/07) (kco) (Entered: 01/30/2007) |
| 02/01/2007 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Toshiba Corporation as Corporate Parent. Document filed by Toshiba America, Inc., Toshiba America Information Systems, Inc..(Cross, Wayne) (Entered: 02/01/2007) |
| 04/03/2007 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Sharp Corporation as Corporate Parent. Document filed by Sharp Electronics Corporation.(Nara, Fusae) (Entered: 04/03/2007) |
| 06/05/2007 | 13 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Northern District of California. (Signed by Judge MDL Panel on 04/25/2007) (jeh) (Entered: 06/11/2007) |
| 06/05/2007 | | MDL TRANSFER OUT: Emailed certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - Northern District of California. (jeh) (Entered: 06/11/2007) |